**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**
<u>**Alexandria Division**</u>

| | |
|---|---|
| **In re:** 3518 1st Ave., LLC<br><br>Debtor. | Case No. 19-12026-BFK<br><br>Chapter 11<br><br>Hearing  August 13, 2019, 11:00 am<br>Courtroom I, 2nd Floor |

<u>**Notice of Motion and Notice of Hearing**</u>

The Office of the U.S. Trustee has filed papers with the Court:

(1) To dismiss or convert this case to a case under Chapter 7 pursuant to Section 1112(b)(4) of the Bankruptcy Code;

<u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the Court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before seven days before the scheduled hearing, **Tuesday, August 13, 2019, at 11:00 am,** you or your attorney must:

■   File with the court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

John P. Fitzgerald, III
Acting United States Trustee
For Region 4
Jack Frankel, Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7229
Jack.I.Frankel@USDOJ.GOV

- Attend the hearing scheduled to be held on **Tuesday, August 13, 2019, @ 11:00 o'clock a.m.** in Courtroom No. 1, 2nd Floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

- A copy of any written response must be mailed to the following persons:

- United States Trustee, Region IV
  1725 Duke Street, Suite 650
  Alexandria, VA 22314

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

John P. Fitzgerald, III
Acting United States Trustee
For Region 4

/s/  Jack Frankel
Jack Frankel, Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7229

**Certificate of Service**

I hereby certify that on the 11th day of July, 2019, I mailed, United States mail, first class, postage prepaid, a true copy of this motion and notice of motion and hearing to:

| **3518 1st Ave., LLC**<br>2221 South Clark St.<br>Arlington, VA 22202 | **Ashvin Pandurangi**<br>AP Law Group, PLC<br>211 Park Ave.<br>Falls Church, VA 22046 |
|---|---|

/s/  Jack Frankel

2