# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division

**In re:**                                             **Case Number**  19−12026−BFK
                                                                   **Chapter**  11

3518 1st Ave., LLC

                                           Debtor(s)

## NOTICE TO SHOW CAUSE

| | |
|---|---|
| **TO:** *Debtor(s)* | 3518 1st Ave., LLC, 2221 South Clark St. Arlington, VA 22202 |
| *Attorney for Debtor(s)* | Ashvin Pandurangi, AP Law Group, PLC<br>211 Park Ave.<br>Falls Church, VA 22046 |
| *Trustee* | No Trustee Assigned |
| *United States Trustee* | 1725 Duke Street, Suite 650, Alexandria, VA 22314 |

The automatic dismissal of the above−referenced case having been suspended pursuant to Local Bankruptcy Rule 1017−3;

NOTICE IS HEREBY GIVEN that a hearing will be held:

*Date:* August 27, 2019
*Time:* 11:00 AM
*Location:* Judge Kenney's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314

for the debtor(s) to show cause why the case should not be converted to another chapter, or why the debtor(s) should not be held in civil contempt, or why other sanctions, including dismissal with prejudice to refiling or to the discharge in a later case of debts dischargeable in this case, should not be imposed for failure to comply with the provisions of the following Local Rule(s):

*19* − Certification of U.S. Trustee Pursuant to Local Rule 2003−1(B). It is hereby certified that either the debtor or the debtor's counsel has not appeared at the scheduled Section 341 meeting held 07/25/2019. Further note that it does appear that there will be assets available for distribution to creditors. The Debtor Designee and Debtor Attorney did not appear at meeting of creditors. Unable to determine if there are assets available to creditors. Filed by Jack Frankel of Office of the U.S. Trustee on behalf of John P. Fitzgerald, III (Frankel, Jack)

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $<u>N/A</u> is due and owing to the Clerk of Court.

Dated:  July 31, 2019                                William C. Redden, Clerk
                                                                United States Bankruptcy Court

[ntshow_causevJul18.jsp 7/2018]                       By: <u>/s/Lilian Palacios</u>, Deputy Clerk

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                   Case No. 19-12026-BFK
3518 1st Ave., LLC                                                       Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9           User: palaciosl           Page 1 of 1           Date Rcvd: Jul 31, 2019
                               Form ID: showcaus        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.
db             +3518 1st Ave., LLC,    2221 South Clark St.,    Arlington, VA 22202-3745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2019 at the address(es) listed below:
              Ashvin  Pandurangi    on behalf of Debtor    3518 1st Ave., LLC ap@aplawg.com,
               preea@aplawg.com;pandurangiar78675@notify.bestcase.com
              Jack  Frankel    on behalf of U.S. Trustee John P. Fitzgerald, III jack.i.frankel@usdoj.gov,
               USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov
              John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
              Paul S. Bliley, Jr.    on behalf of Creditor    Walnut Street Finance, LLC
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Robert M. Marino    on behalf of Creditor    Walnut Street Finance, LLC rmmarino@rpb-law.com,
               rmmarino1@aol.com
                                                                                             TOTAL: 5