**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: ) | |
| **3518 1st Ave., LLC,** ) | **Case No. 19-12026-BFK** |
| Debtor. ) | **Chapter 11** |
| ) | |
| **Walnut Street Finance, LLC,** ) | |
| Movant, ) | |
| v. ) | **Relief from Stay** |
| ) | |
| **3518 1st Ave., LLC,** ) | |
| Respondent. ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY
PURSUANT TO 11 U.S.C. §362(d)(4)
(3518 1st Avenue, Richmond, City of Richmond, VA 23222)**

THIS MATTER came on before the Court upon the *Motion For Relief From Automatic Stay Pursuant to 11 U.S.C. §362(d)(4) (3518 1st Avenue, Richmond, City of Richmond, VA 23222)* (Docket No. 17) (the "Motion") filed by Walnut Street Finance, LLC ("WSF"), a secured creditor and party in interest herein; and it

APPEARING TO THE COURT that on or about November 6, 2018, WSF made a loan in the amount of $170,000 to 3518 1st Ave., LLC ("Debtor"), the debtor and debtor in possession herein, as evidenced by a *Promissory Note* dated November 6, 2018, executed and delivered to the order of WSF in the original principal amount of $170,000 (the "Note"); that the *Note* matured and was due and payable in full on May 6, 2019; and that the *Note* is guaranteed by Susan Tanoe, the authorized member of the Debtor, pursuant to the terms of an *Unconditional Guaranty Agreement* that is also dated November 6, 2018 (the "Guaranty"); and it

FURTHER APPEARING TO THE COURT that the obligations owed under the *Note* are secured by a properly perfected first position deed of trust lien in an improved parcel of residential real estate

Robert M. Marino, Esq. VSB #26076
Redmon, Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, Virginia 22314-3143
Phone: 703-684-2000
Facsimile: 703-684-5109
Email: rmmarino@rpb-law.com
Counsel for Walnut Street Finance, LLC

owned by the Debtor and located at 3815 1ˢᵗ Avenue, Richmond, City of Richmond, VA 23222, Tax ID No. N0001172003 (the "Property"), and more particularly described as follows:

> All that certain lot, piece or parcel of land, with improvements thereon lying and being in the City of Richmond, Virginia, commonly know as 3518 First Avenue (formerly known as 3516 First Avenue), and designated as Lot 16, Block 38, in the Plan of Highland Park, as shown on plat by A.G. Haracopos & Associates, dated October 12, 1971, entitled "Survey of Lot 16, Block 38, Highland Park, Richmond, VA", a copy of which is attached to and recorded with a Deed of December 28, 1971, in the Clerk's Office, Circuit Court, City of Richmond, Virginia, in Deed Book 674A, page 611 and to which plat reference is hereby made for a more particular description of the lot hereby conveyed.

all as evidenced by and described in that certain *Purchase Money Deed of Trust* dated November 6, 2018 (the "Deed of Trust"), recorded on November 9, 2018, among the Land Records maintained by the Clerk of the Circuit Court for the City of Richmond, Virginia (the "Land Records") as Instrument No. 180023278; and it

FURTHER APPEARING TO THE COURT that on or about April 3, 2019, following a default arising under the terms of the *Note* and the *Deed of Trust*, WSF caused a foreclosure of the Property under the *Deed of Trust* to be noticed and advertised to occur on April 23, 2019; and it

FURTHER APPEARING TO THE COURT that on April 22, 2019, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §101 et seq. (the "Bankruptcy Code"), thereby commencing Case No. 19-11277-KHK (the "First Bankruptcy Case") in this Court; that the filing of the First Bankruptcy Case stayed the pending foreclosure sale of the Property; and that on May 30, 2019, following a hearing conducted on May 28, 2019, the Court entered an *Order* (First Bankruptcy Docket No. 15) dismissing the First Bankruptcy Case; and it

FURTHER APPEARING TO THE COURT on or about June 3, 2019, following the dismissal of the First Bankruptcy Case and the continuing defaults existing under the *Note* and the *Deed of Trust*, WSF reinitiated its foreclosure efforts and caused a foreclosure of the Property under the *Deed of Trust* to be noticed and advertised to occur on June 19, 2019; and it

FURTHER APPEARING TO THE COURT that on June 18, 2019, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned case

in this Court; and that the commencement of the instant case again had the effect of immediately staying WSF's pending foreclosure of the Property; and it

FURTHER APPEARING TO THE COURT that the Property is the only asset listed in the schedules prepared and filed by the Debtor in this case; that WSF is listed as the only creditor in this case; that the Debtor had no gross revenues for the current calendar year; that the Debtor has no equity in the Property; and that the Debtor has not fulfilled its administrative duties as a debtor in possession in this case; and it

FURTHER APPEARING TO THE COURT that cause exists pursuant to section 362(d)(4) of the Bankruptcy Code to grant *in rem* relief from the stay with respect to WSF's efforts to enforce its contractual and state law rights against the Property because the Debtor has filed multiple bankruptcy cases as part of a scheme to delay and hinder WSF from foreclosing on the Property; and it

FURTHER APPEARING TO THE COURT that proper notice of the *Motion* has been provided in accordance with Fed. R. Bankr. P. 4001(a); it is therefore

ORDERED that the *Motion* be, and it hereby is, GRANTED; that the automatic stay imposed by section 362(a) of the Bankruptcy Code is hereby lifted and terminated so as to permit WSF to exercise all of its contractual and state law rights as a lienholder against the Property, including its right to foreclose; that, in accordance with the provisions of section 362(d)(4) of the Bankruptcy Code, the relief granted by this order shall be binding in any other case under this title purporting to affect the Property and filed not later than two (2) years after the date of the entry of this Order; and that a certified copy of this Order may be indexed and recorded in the Land Records.

Dated: Aug 14 2019

/s/ Brian F. Kenney

Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: August 15, 2019

[Counsel signatures on next page]

-3-

I ask for this:

/s/ Robert M. Marino
Robert M. Marino, Esq. VBN 26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: (703) 684-2000
Fax 703-684-5109
Email: rmmarino@rpb-law.com
Counsel for Walnut Street Finance, LLC


*Copies to:*

Robert M. Marino, Esq.
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314

Ashvin Pandurangi, Esq.
AP Law Group, PLC
211 Park Ave.
Falls Church, VA 22046

3518 1st Ave., LLC
2221 South Clark Street
Arlington, VA 22202

John P. Fitzgerald, III
Acting United States Trustee For Region 4
1725 Duke Street, Suite 650
Alexandria, VA 22314
Attn: Jack I. Frankel, Attorney